JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 24 2009

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN A. WALTZ, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | Case No. EDCV 08-1372 RNB <br><br> **JUDGMENT** |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: July 24, 2009

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE